

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00182-CV

| | | |
|---|---|---|
| Crosstex North Texas Pipeline, L.P. | § | From the 431st District Court of |
| | § | Denton County (2008-40133-362) |
| v. | § | November 13, 2014 |
| | § | Opinion by Justice McCoy |
| Andrew Gardiner and Shannon Gardiner | § | Concurrence and Dissent By Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for a new trial and to allow the Gardiners to add the abnormal and out-of-place variation of their nuisance claim.

It is further ordered that appellees Andrew Gardiner and Shannon Gardiner shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
         Justice Bob McCoy